VOORHES ET AL. *v.* DEMPSEY, GOVERNOR OF CONNECTICUT, ET AL.

No. 600.  Decided January 18, 1965.

*Colin C. Tait* for appellants.

*Harold M. Mulvey,* Attorney General of Connecticut, and *Raymond J. Cannon,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

LYLES *v.* BETO, CORRECTIONS DIRECTOR.

No. 263, Misc.  Decided January 18, 1965.

*E. D. Vickery* for petitioner.

*Waggoner Carr,* Attorney General of Texas, and *Sam R. Wilson,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.  The judgment is vacated and the case is remanded to the Court of Appeals for reconsideration in light of *Massiah* v. *United States,* 377 U. S. 201.